RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 10 2015

Abel Acosta, Clerk

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

| | | |
|---|---|---|
| MICHAEL DAVID WILLIAMS | § | IN THE 13th JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| THE STATE OF TEXAS | § | NAVARRO COUNTY,TEXAS |

## MOTION TO SUSPEND RULE 9.3(b)

## OF THE TEXAS RULES OF APPELLATE PROCEDURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MICHAEL DAVID WILLIAMS, TDCJ-CID# 1913738,Petition-er herein, and respectfully files this Motion to Suspend Rule 9.3 (b) of the Texas Rules of Appellate Procedure, through the autho-rity of rule 2 of the Texas Rules of Appellate Procedure and will show this Court the following:

FILED IN
COURT OF CRIMINAL APPEALS

MAR 10 2015

Abel Acosta, Clerk

I.

Petitioner is filing his Petition for Discretionary Review,PRO SE , in the Court of Criminal Appeals. For the following reason, Petitioner respectfully asks the Court to Suspend Rule 9.3(b):

1. Petitioner is filing PRO SE, and

2. Petitioner is incarcerated in the Texas Department of Crim-inal Justice and does not have access to a copy machine.

I.

Petitioner has shown good cause for Appellate Rule allowing Appellant Court to suspend the operation of rule for good cause and order a different procedure for cases where suspending a rule will actual facilitate processing the case through the appellate court. Mills V. Haggard, 17 S.W.3d 462 (Tex.App.-Dist. 2000)

1

So Order on this the 27th day of February , 2015.

Respecyfully Submitted,

_Michael David Williams_
MICHAEL DAVID WILLIAMS

TDCJ-CI# 1913738

Bill Clements Unit

9601 Spur 591

Amarillo, Texas. 79107

## CERTIFICATE OF SERVICE

I, MICHAEL DAVID WILIAMS do hereby certify that a true and correct copy of the foregoing Motion to Suspend 9.3(b),has been forward by United States Mail, Postage Pre-paid, First class, to the state Prosecutor Attorney, P.O. BOX 13046, Austin, Texas. 78711, on this the 27th day of February , 2015

_Michael David Williams_
MICHAEL DAVID WILLIAMS

PETITIONER, PRO SE

## INMATE DECLARATION

I, MICHAEL DAVID WILLIAMS, TDCJ-CID#1913738, being presently carcerated at the Bill Clements Unit of the Texas Department of Criminal Justice, Institutional Division in Potter County,Texas, verify and declare under penalty of perjury that the foregoing statement are true and correct to the best of my knowledge. Executed on this the 27th day of February ,2015.

_Michael David Willi_
MICHAEL DAVID WILLIAMS

PETITIONER,PRO SE

2